# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Gregory Emmons<br>    aka Greg B. Emmons<br>    aka Gregory B. Emmons<br>    dba Greg B Emmons & Associates PC<br>dba Circa Classics Distinctive Consignments, L<br><br><br>Debtor | CHAPTER 13<br><br>BKY. NO. 18-14844 MDC |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

  Kindly enter my appearance on behalf of Toyota Motor Credit Corporation and index same on the master mailing list.

      Respectfully submitted,
      **/s/ Rebecca A. Solarz, Esq**
      Rebecca A Solarz, Esquire
      KML Law Group, P.C.
      701 Market Street, Suite 5000
      Philadelphia, PA 19106-1532
      (215) 627-1322