**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>Gregory Emmons aka Greg B. Emmons aka Gregory B. Emmons dba Greg B Emmons & Associates PC dba Circa Classics Distinctive Consignments, L<br><br>           Debtor | CHAPTER 13<br><br>BKY. NO. 18-14844 MDC |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of M&T Bank as servicer for Bayview Loan Servicing, LLC. and index same on the master mailing list.

                                Respectfully submitted,

                                **/s/ Rebecca A. Solarz, Esq**
                                Rebecca A Solarz, Esquire
                                KML Law Group, P.C.
                                701 Market Street, Suite 5000
                                Philadelphia, PA 19106-1532
                                (215) 627-1322