# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 18-14844-MDC

GREGORY  EMMONS

1 SETTLERS DRIVE

DOYLESTOWN, PA 18901

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW,** comes William C. Miller, Esquire, chapter 13 standing trustee, and certifies that he served the attached Objection to Confirmation of Chapter 13 Plan on the following parties

**Debtor(s), at the address listed, by first class mail.**
    GREGORY  EMMONS

    1 SETTLERS DRIVE

    DOYLESTOWN, PA 18901

**Counsel for debtor(s), by electronic notice only.**
    PRO-SE
    *
    *
    *, * *

**Counsel for the United States Trustee, by electronic notice only.**
    Office of the U.S. Trustee
    Eastern District of Pennsylvania
    833 Chestnut Street, Suite 500
    Philadelphia, PA  19107

                                        /s/ William C. Miller

Date: 10/24/2018

                                        _____
                                        William C. Miller, Esquire
                                        Chapter 13 Standing Trustee