**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In re:** | : | |
| | : | |
| **Gregory Emmons AKA Greg B.** | : | **Case No.: 18-14844** |
| **Emmons, AKA Gregory B. Emmons,** | : | **Chapter 13** |
| **DBA  Gregory B Emmons &** | : | **Judge Magdeline D. Coleman** |
| **Assoicates PC, DBA  Circa Classics** | : | * * * * * * * * * * * * * * * * * * * * * * * |
| **Distinctive Consignments, L** | : | |
| | : | |
| **Debtor(s).** | | |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

Karina Velter enters her appearance as counsel for PNC Bank, National Association, its successor and assigns ("Creditor") in the above referenced case. Please send all notices issued in this case to the undersigned at the address below.

                 Respectfully submitted,

                 /s/ Karina Velter
                 Karina Velter, Esquire (94781)
                 Kimberly A. Bonner (89705)
                 Adam B. Hall (323867)
                 Sarah E. Barngrover (323972)
                 Manley Deas Kochalski LLC
                 P.O. Box 165028
                 Columbus, OH  43216-5028
                 Telephone: 614-220-5611
                 Fax: 614-627-8181
                 Attorneys for Creditor
                 The case attorney for this file is Karina Velter.
                 Contact email is kvelter@manleydeas.com

18-032157_PS

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In re:** | : | |
| | : | |
| **Gregory Emmons AKA Greg B.** | : | **Case No.: 18-14844** |
| **Emmons, AKA Gregory B. Emmons,** | : | **Chapter 13** |
| **DBA  Gregory B Emmons &** | : | **Judge Magdeline D. Coleman** |
| **Assoicates PC, DBA  Circa Classics** | : | * * * * * * * * * * * * * * * * * * * * * * * |
| **Distinctive Consignments, L** | : | |
| | : | |
| **Debtor(s).** | | |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing Notice of Appearance and

Request for Notices was served on the parties listed below via e-mail notification:

United States Trustee, Office of the U.S. Trustee, 833 Chestnut Street, Suite 500, Philadelphia, PA 19107

William C. Miller, Chapter 13 Trustee, Chapter 13 Trustee, 2901 St. Lawrence Ave., Reading, PA  19606

The below listed parties were served via regular U.S. Mail, postage prepaid, on October 29, 2018:

Gregory Emmons AKA Greg B. Emmons, AKA Gregory B. Emmons, DBA  Gregory B Emmons & Assoicates PC, DBA  Circa Classics Distinctive Consignments, L, 1 Settlers Drive, Doylestown, PA  18901

Gregory Emmons AKA Greg B. Emmons, AKA Gregory B. Emmons, DBA  Gregory B Emmons & Assoicates PC, DBA  Circa Classics Distinctive Consignments, L and Kathleen Emmons, 1 Settlers Dr, Doylestown, PA 18901

DATE:   October 29, 2018

/s/ Karina Velter
Karina Velter, Esquire (94781)
Kimberly A. Bonner (89705)
Adam B. Hall (323867)
Sarah E. Barngrover (323972)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH  43216-5028

18-032157_PS

Telephone: 614-220-5611
Fax: 614-627-8181
Attorneys for Creditor
The case attorney for this file is Karina Velter.
Contact email is kvelter@manleydeas.com

18-032157_PS