# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

           Chapter 13

           Bankruptcy No. 18-14844-MDC

GREGORY  EMMONS

1 SETTLERS DRIVE

DOYLESTOWN, PA 18901

    Debtor

## CERTIFICATE OF SERVICE

    **AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

  Debtor(s), at the address listed, by first class mail.

    GREGORY  EMMONS

    1 SETTLERS DRIVE

    DOYLESTOWN, PA 18901

Counsel for debtor(s), by electronic notice only.

    PRO-SE
    *
    *
    *,* *

                                                                                      /S/ William C. Miller

Date: 10/29/2018                                            _____

                                                                                    William C. Miller, Esquire
                                                                                     Chapter 13 Standing Trustee