# UNITED STATES BANKRUPTCY COURT

# EASTERN DISTRICT OF PENNSYLVANIA

**IN RE: GREGORY EMMONS**          **CH 13 NO.: 18-14844-MDC**

**ADDENDA 4 - CREDITOR MATRIX**

**REMOVAL OF DISPUTED CREDITORS:**

FILED
APR 15 2019
TIMOTHY McGRATH, CLERK
DEP CLERK

Schedule E/F Part 2 Nonpriority unsecured claims

1. River Run Homeowners & Condominium Associations listed as a Disputed creditor # 4.12- page 5 with claim of $7,000.00 having been resolved by Debtor's Deed in Lieu as disclosed in Official Form 107 Part 4 #11. Lender accepted and recorded deed subject to this claim.

2. Worcester County Water & Sewer Authority listed as a Disputed creditor #4.13- page 6 with claim of $1,200.00 having been resolved by Debtor's Deed in Lieu as disclosed in Official Form Part 4 #11. Lender accepted and recorded deed subject to this claim.

I Gregory Emmons, the Debtor, certify that these creditors no longer have any claims against the Debtor and are properly removed from the Creditor's List and payment entitlement form Debtor.

Date: 4-15-19

*Gregory B Emmons*
Gregory Emmons, Debtor