**Fill in this information to identify your case:**

Debtor 1: Gregory [First Name] _____ [Middle Name] Emmons [Last Name]

Debtor 2 (Spouse, if filing): _____

United States Bankruptcy Court for the: Eastern District of PA

Case number (If known): 18-14844-MDC

FILED
APR 15 2019
TIMOTHY McGRATH, CLERK
DEP. CLERK

☒ Check if this is an amended filing

## Official Form 106E/F
# Schedule E/F: Creditors Who Have Unsecured Claims    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on Schedule A/B: Property (Official Form 106A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G). Do not include any creditors with partially secured claims that are listed in Schedule D: Creditors Who Have Claims Secured by Property. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. On the top of any additional pages, write your name and case number (if known).

### Part 1: List All of Your PRIORITY Unsecured Claims

1. Do any creditors have priority unsecured claims against you?
   ☐ No. Go to Part 2.
   ☒ Yes.

2. List all of your priority unsecured claims. If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If you have more than two priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.
(For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

|  | | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|

**2.1** IRS
Priority Creditor's Name
PO Box 7346
Number    Street
Philadelphia    PA    19101
City    State    ZIP Code

Last 4 digits of account number  8 0 6 7
When was the debt incurred? 01/01/2010

$14785.49,  2623.52   12162.12

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Who incurred the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ Check if this claim is for a community debt

Type of PRIORITY unsecured claim:
☐ Domestic support obligations
☒ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____

Is the claim subject to offset?
☒ No
☐ Yes

**2.2** PA Dept of Revenue
Priority Creditor's Name
Attn: Bankruptcy Division
PO Box 280946
Number    Street
Harrisburg    PA    17128
City    State    ZIP Code

Last 4 digits of account number  8 0 6 7
When was the debt incurred? 01/01/2010

5943.36   1407.50   4535.47

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Who incurred the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Type of PRIORITY unsecured claim:
☐ Domestic support obligations
☒ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____

Is the claim subject to offset?
☐ No
☐ Yes

Totals   20728   4030.30   16697.5
1 of 9

Debtor 1 __Gregory_____ _____ __Emmons_____    Case number (if known) __18-14844-MDC__
         First Name  Middle Name  Last Name

### Part 2: List All of Your NONPRIORITY Unsecured Claims

3. Do any creditors have nonpriority unsecured claims against you?
   ☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.
   ☑ Yes

4. List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim. If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3. If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

                                                                                                        Total claim

**4.1** ASdvantage Aviator Red Mastercard-Barclay    Last 4 digits of account number  8  3  3  4    $ 2306.69
       Nonpriority Creditor's Name                   When was the debt incurred?  01/01/2014
       PO Vox 13337    Portfolio
       Philadelphia    PA    19101
       City            State  ZIP Code                As of the date you file, the claim is: Check all that apply.
                                                     ☐ Contingent
       Who incurred the debt? Check one.             ☐ Unliquidated
       ☑ Debtor 1 only                               ☐ Disputed
       ☐ Debtor 2 only
       ☐ Debtor 1 and Debtor 2 only                  Type of NONPRIORITY unsecured claim:
       ☐ At least one of the debtors and another     ☐ Student loans
                                                     ☐ Obligations arising out of a separation agreement or divorce
       ☐ Check if this claim is for a community debt   that you did not report as priority claims
                                                     ☐ Debts to pension or profit-sharing plans, and other similar debts
       Is the claim subject to offset?               ☑ Other. Specify  credit card  24%int
       ☐ No
       ☐ Yes

**4.2** Doylestown Cardiology                        Last 4 digits of account number  7  3  5  6    $ 1,019.05
       Nonpriority Creditor's Name                   When was the debt incurred?  01/01/2017
       PO Box 826345
       Philadelphia    PA    19182                   As of the date you file, the claim is: Check all that apply.
       City            State  ZIP Code               ☐ Contingent
                                                     ☐ Unliquidated
       Who incurred the debt? Check one.             ☐ Disputed
       ☑ Debtor 1 only
       ☐ Debtor 2 only                               Type of NONPRIORITY unsecured claim:
       ☐ Debtor 1 and Debtor 2 only                  ☐ Student loans
       ☐ At least one of the debtors and another     ☐ Obligations arising out of a separation agreement or divorce
                                                       that you did not report as priority claims
       ☐ Check if this claim is for a community debt ☐ Debts to pension or profit-sharing plans, and other similar debts
       Is the claim subject to offset?               ☑ Other. Specify  medical services not covered
       ☐ No
       ☐ Yes

**4.3** Comenity-Bon Ton                             Last 4 digits of account number  0  1  8  6    $ 1,650.00
       Nonpriority Creditor's Name                   When was the debt incurred?  07/01/2014
       PO Box 659813
       San Antonio    TX    78265                    As of the date you file, the claim is: Check all that apply.
       City           State  ZIP Code                ☐ Contingent
                                                     ☐ Unliquidated
       Who incurred the debt? Check one.             ☐ Disputed
       ☑ Debtor 1 only
       ☐ Debtor 2 only                               Type of NONPRIORITY unsecured claim:
       ☐ Debtor 1 and Debtor 2 only                  ☐ Student loans
       ☐ At least one of the debtors and another     ☐ Obligations arising out of a separation agreement or divorce
                                                       that you did not report as priority claims
       ☐ Check if this claim is for a community debt ☐ Debts to pension or profit-sharing plans, and other similar debts
       Is the claim subject to offset?               ☑ Other. Specify  Bankrupt Dept Store Credit Bal
       ☐ No
       ☐ Yes

2 f 9

Debtor 1 __Gregory_____Emmons_____    Case number (if known) 18-14844-MDC
          First Name   Middle Name   Last Name

### Part 2: Your NONPRIORITY Unsecured Claims — Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.    Total claim

**4.4**

**First National Credit Card**
Nonpriority Creditor's Name
PO Box 2496
Number  Street
Omaha                    NE    68103
City                     State ZIP Code

Last 4 digits of account number  2  6  7  7    $ 850.00

When was the debt incurred? 10/15/2013

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Who incurred the debt? Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify Credit Card 29% int

Is the claim subject to offset?
☑ No
☐ Yes

---

**4.5**

**First Premier Bank**
Nonpriority Creditor's Name
PO Box 5529
Number  Street
Sioux Falls              SD    57117
City                     State ZIP Code

Last 4 digits of account number  5  1  4  0    $ 700.00

When was the debt incurred? 06/10/2016

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Who incurred the debt? Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify Credit Card 36% int

Is the claim subject to offset?
☑ No
☐ Yes

---

**4.6**

**First Premier Bank**
Nonpriority Creditor's Name
PO Box 5529
Number  Street
Sioux Falls              SD    57117
City                     State ZIP Code

Last 4 digits of account number  4  7  3  0    $ 675.00

When was the debt incurred? 08/30/2017

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Who incurred the debt? Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify Credit Card 36% int

Is the claim subject to offset?
☑ No
☐ Yes

Debtor 1  Gregory Emmons   Case number (if known) 18-14844-MDC

## Part 2: Your NONPRIORITY Unsecured Claims — Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.

Total claim

**4.7** First Savings Bank-Credit Card  LUNU
Nonpriority Creditor's Name
PO Box 2509
Omaha  NE  68103

Last 4 digits of account number 6 6 7 2    $1663.28
When was the debt incurred? 05/24/2015

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Who incurred the debt? Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify Credit Card-29.9% int

Is the claim subject to offset?
☑ No
☐ Yes

**4.8** First Savings Bank-Blaze Mastercard
Nonpriority Creditor's Name
PO Box 2534
Omaha  NE  68103

Last 4 digits of account number 8 8 0 2    $365.00
When was the debt incurred? 09/20/2015

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Who incurred the debt? Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify Credit Card-29.9% int

Is the claim subject to offset?
☑ No
☐ Yes

**4.9** Matossian Eye Associates
Nonpriority Creditor's Name
2 Capital Way Suite 326
Pennington  NJ  08534

Last 4 digits of account number 4 8 2 9    $525.00
When was the debt incurred? 04/09/2018

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Who incurred the debt? Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify Non covered medical care

Is the claim subject to offset?
☐ No
☐ Yes

4 of 9

Debtor 1 **Gregory** **Emmons**
First Name / Middle Name / Last Name

Case number (if known) 18-14844

## Part 2: Your NONPRIORITY Unsecured Claims — Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.

Total claim

### 4.10 Merrick Bank
Nonpriority Creditor's Name
PO Box 660702
Dallas, TX 75266

Last 4 digits of account number  0 9 2 1
When was the debt incurred? 03/10/2015

$1092.43

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Who incurred the debt? Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Credit Card-25.20% int**

Is the claim subject to offset?
- ☐ No
- ☑ Yes

---

### 4.11 PayPal Credit  *Syncrony Bank*
Nonpriority Creditor's Name
PO Box 71202
Charlotte, NC 28272

Last 4 digits of account number  1 8 5 4
When was the debt incurred? 03/15/2016

$554.25

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Who incurred the debt? Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Credit Card-19.99% int**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

### 4.12 River Run Homeowners Association *& Condo Assoc*
Nonpriority Creditor's Name
11605 Masters Lane
Berlin, MD 21811

Last 4 digits of account number  0 0 8 5
When was the debt incurred? 08/26/2016

$ 0

*Resolved Disputed Debt following Deed in Lieu. See Official Fo 107 for disclos of property transfer*

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☑ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Association Dues owed by lende**

Is the claim subject to offset?
- ☐ No
- ☑ Yes

5 of 9

Debtor 1  Gregory Emmons    Case number (if known) 18-14844-MDC

## Part 2: Your NONPRIORITY Unsecured Claims — Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.

Total claim

---

**4.13**

Nonpriority Creditor's Name: Worcester County Water & Sewer Authority
Number Street: PO Box 349
City: Snow Hill  State: MD  ZIP Code: 21863

Last 4 digits of account number: 6 0 0 1
When was the debt incurred? 03/01/2016

$ 0

Handwritten note: Resolved Dispute Debt following Deed in Lieu. See Official Form 1? for disclosure of property transf[er]

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed

Who incurred the debt? Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

Is the claim subject to offset?
☐ No
☒ Yes

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify: Water & Sewer owed by Lender

---

**4.14**

Nonpriority Creditor's Name: Doylestown Hospital-AR Resources, Inc
Number Street: P.O. Box 1056, Blue Bell
City: (Blue Bell)  State: PA  ZIP Code: 19422

Last 4 digits of account number: 8 2 7 0
When was the debt incurred? 12/18/2015

$ 7,799.77

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Who incurred the debt? Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

Is the claim subject to offset?
☒ No
☐ Yes

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify: non covered medical expense

---

**4.15**

Nonpriority Creditor's Name: PNC Bank- CCServices
Number Street: 725 Canton Street
City: Norwood  State: MA  ZIP Code: 02062

Last 4 digits of account number: 5 9 1 1
When was the debt incurred? 03/14/2017

$ 1,762.29

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Who incurred the debt? Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

Is the claim subject to offset?
☒ No
☐ Yes

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify: Bank Fraud-non insured loss

Debtor 1  Gregory Emmons
         First Name   Middle Name   Last Name

Case number (if known) 18-14844-MDC

## Part 2: Your NONPRIORITY Unsecured Claims — Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.

Total claim

**4.16**  Amerigas
Nonpriority Creditor's Name
1014 Forty Foot Road
Number    Street
Kulpsville              PA    19443
City                   State  ZIP Code

Last 4 digits of account number  3 9 4 4     $ 300.00
When was the debt incurred?  06/15/2017

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

Who incurred the debt? Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

Is the claim subject to offset?
☑ No
☐ Yes

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  propane gas and tank rental

---

**4.17**  Republic Services
Nonpriority Creditor's Name
731 Reliance Rd
Number    Street
Telford                PA    18969
City                   State  ZIP Code

Last 4 digits of account number  3 6 7 0     $ 700.00
When was the debt incurred?  12/01/2018

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

Who incurred the debt? Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

Is the claim subject to offset?
☑ No
☐ Yes

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Trash and Recyle Pick-up

---

**4.18**  Verizon
Nonpriority Creditor's Name
PO Box 15124
Number    Street
Albany                 NY    12212
City                   State  ZIP Code

Last 4 digits of account number  0 1 4 7     $ 450.00
When was the debt incurred?  10/01/2018

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

Who incurred the debt? Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

Is the claim subject to offset?
☑ No
☐ Yes

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Discontinued TV and Computer

Debtor 1  Gregory _____ Emmons
         First Name  Middle Name  Last Name

Case number (if known) 18-14844-MDC

**Part 3:  List Others to Be Notified About a Debt That You Already Listed**

5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

| Name | AR Resources |
|---|---|
| Number Street | PO Box 1056 |
| City State ZIP Code | Blue Bell  PA |

On which entry in Part 1 or Part 2 did you list the original creditor?
Line 4.14 of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number  6  9  4  7

| Name | James W. Almand, Esq |
|---|---|
| Number Street | 6220 Coastal Highway, Suite 200 |
| City State ZIP Code | Ocean City  MD  21842 |

On which entry in Part 1 or Part 2 did you list the original creditor?
Line 4.12 of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number  0  1  6  2

(Additional blank entries follow)

Debtor 1  Gregory _____ Emmons
    First Name  Middle Name  Last Name

Case number (if known) 18-14844-MDC

## Part 4: Add the Amounts for Each Type of Unsecured Claim

6. Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. § 159. Add the amounts for each type of unsecured claim.

**Total claim**

Total claims from Part 1

| | | |
|---|---|---|
| 6a. Domestic support obligations | 6a. | $ 0.00 |
| 6b. Taxes and certain other debts you owe the government | 6b. | $ 20728 |
| 6c. Claims for death or personal injury while you were intoxicated | 6c. | $ 0.00 |
| 6d. Other. Add all other priority unsecured claims. Write that amount here. | 6d. | + $ |
| 6e. Total. Add lines 6a through 6d. | 6e. | $ 20728 |

**Total claim**

Total claims from Part 2

| | | |
|---|---|---|
| 6f. Student loans | 6f. | $ 0.00 |
| 6g. Obligations arising out of a separation agreement or divorce that you did not report as priority claims | 6g. | $ 0.00 |
| 6h. Debts to pension or profit-sharing plans, and other similar debts | 6h. | $ 0.00 |
| 6i. Other. Add all other nonpriority unsecured claims. Write that amount here. | 6i. | + $ 22412.91 |
| 6j. Total. Add lines 6f through 6i. | 6j. | $ 43140.91 |