Gregory Emmons
1 Settlers Drive
Doylestown, PA 18901



Case: Gregory Emmons 18-14844-MDC

## NOTICE TO CREDITORS

As the Debtor, I have filed with the United States Bankruptcy Court for the Eastern District of Pennsylvania on April 15, 2019 the following amended schedules which are available to you from the Court Clerks Office at 900 Market Street, Suite 400, Philadelphia, PA 19107 (215) 408-2800 or through Public Access to Court Electronic Records (PACER) at             . The amended schedules are:

Creditor Matrix  (Addenda 4) removal of two disputed creditors after resolution

Schedule A/B    Reducing Value of Personal Residence and Increasing Value of 401k

Schedule C      Reducing Value of Personal Residence and Increasing Value of 401k

Schedule E/F:   Creditors Who Have Unsecured Claims removing 2 disputed creditors after resolution of debt following a deed in lieu

106 Sum:        Summary of Your Assets and Liabilities and Certain Statistical Information making consistent changes

Plan            (4th Amended) to resolve objections of Trustee and set forth Financial information consistent with changed schedules

A HEARING ON CONFIRMATION of this 4th Amended Plan is Scheduled for Thursday May 9, 2019 at 9:30 a.m. at nix2 – Courtroom #2.

Thank you for your attention to this Notice.

Gregory Emmons, pro se          267-454-0987