# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

IN RE: : CHAPTER 13

GREGORY EMMONS

Debtor : BANKRUPTCY NO. 18-14844

## CERTIFICATE OF MAILING

NOW comes Gregory Emmons, the Debtor, who certifies that on April 15, 2019 I mailed to all required creditors as listed in Exhibit "A" not listed as creditors to receive notices by the court, by postage pre-paid United States Mail the amended and supporting filings as listed hereafter:

1. Addenda 4 – Creditor Matrix **Removal of Disputed Creditors**
2. Schedule E/F: **Creditors Who Have Unsecured Claims** removing the disputed creditors and modifying the dollar amounts set forth in Part 4: 6b. and 6i.
3. Schedule A/B: **Total Real Estate**, reducing the value of 1 Settlers Drive to anticipated sales price following listing and sale efforts.
4. Schedule C: **The Property Claimed as Exempt**, reducing value of 1 Settlers Drive
5. Official Form 106Sum: **Modifying Assets and Liabilities,** consistent with Amended Schedules E/F and A/B. Total Real Estate at $755,000 and Total Unsecured Creditors to $22,412.81
6. Amended Chapter 13 Plan: **Meeting Creditor/Trustee Objections,** as intended for approval on scheduled hearing date of May 9, 2019.

GREGORY EMMONS

4-15-19

/s/ Gregory Emmons

FILED
APR 15 2019
TIMOTHY McGRATH, CLERK
DEP. CLERK

Gregory Emmons    18-14844-MDC

NOTICE MAILING LIST  (April 15, 2019)
Creditors not on Notice List from Court

William C. Miller, Esq.
Chapter 13 Trustee
P.O. Box 1229
Philadelphia, PA 19105

James W. Almand, Esq
For River Run Homeowners Association
6220 Coastal Highway, Suite 200
Ocean City, MD 21842

River Run Condominium Association
11605 Masters Lane
Berlin, MD 21811

Worcester County Water & Sewer Authority
PO Box 349
Snow Hill, MD 21863