UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

4/16/19

To: Gregory Emmons
1 Settlers Drive
Doylestown, PA 18901

          In re: Gregory Emmons
          Bankruptcy No. 18-14844-mdc
          Adversary No.
          Chapter **13**

Re Amended Schedule E/F: Creditors Who Have Unsecured Claims

The above document(s) were filed in this office on **4/15/19.** Please be advised that the filing fee has not been received as required pursuant to the Federal Rules of Bankruptcy Procedure and/or the Local Rules of this court.

    ( )    Voluntary Petition Amount
    ( )    Adversary Proceeding Amount
    (**xx**)    $31.00 Filing Fee for Amendments
    ( )    $25.00 Claims Transfer Fee
    ( )    Motion Filing Fee Amount

Please submit the payment(s) within seven (7) days from the date of this notice as required by the courts standing order Misc. No. Order 15-3008REF. If the delinquency is not paid, this matter will be referred to the Chief Judge.

          Timothy B. McGrath
          Clerk

          By: **C. Wagner**
          Deputy Clerk

*Fee Notice*
*(11/26/18)*