Gregory Emmons
1 Settlers Drive
Doylestown, PA 18901

Honorable Judge Magdeline D. Coleman
Robert N.C. Nix Sr. Federal Courthouse, Suite 202
900 Market Street
Philadelphia, PA 19107

May 2, 2019

FILED
MAY - 3 2019
TIMOTHY McGRATH, CLERK
BY_____ DEP. CLERK

RE: Gregory Emmons, Debtor
18-14844 MDC

Dear Judge Coleman;

    I am respectfully requesting a continuance of the proposed Plan Confirmation schedule for May 9, 2019 due to necessity to amend the plan to conform to a reduced sales price of our primary place of residence, 1 Settlers Drive in Doylestown.

    The home was listed at the price received from the first lender, Bayview Financial Services at $849,900.00 and reduced to $799,900 after two open houses and little activity. The real estate is now advising that a price as low as $650,000 may be more realistic. With that price reduction the 4th Amended Plan is no longer feasible and new arrangements to pay the line of credit lender and the liened Pennsylvania taxes need be made. I am confident that I can achieve such however not in time to make the amendment and send to the creditor list prior to the May 9, 2019 hearing.

    I know of no prejudice that a continuance would cause to any creditor and continue to pay the estimated monthly payment to the Trustee.

    Please advise in response. Thank you.

Respectfully yours,

*Gregory Emmons*
Gregory Emmons


Enclosures – realtor reports

# Listing Activity Report
**1 SETTLERS DRIVE, DOYLESTOWN, PA 18901**

**Ken Krauter**
BHHS Fox & Roach-Spring House
(215) 450-0605
kenkrauter@gmail.com

### Snapshot for Feb 28, 2019 - Apr 15, 2019



| | |
|---|---|
| Listing ID: | PABU443922 |
| Address: | 1 SETTLERS DRIVE, DOYLESTOWN, PA 18901 |
| Price: | $799,900 |
| Status: | ACTIVE |
| Total number of appointments: | 0 |
| Appointments in the last 30 days: | 0 |
| Appointments in the last 7 days: | 0 |
| Total number of agent previews: | 0 |
| Total number of agent inquiries: | 1 |

### Property Views Across Major Sites

| Website | Property Views to Date | Property Views Last 7 Days |
|---|---|---|
| Realtor.com | 3423 | 9 |
| Trulia | 175 | 0 |
| Zillow | 1081 | 0 |
| TREND MLS | 61 | 1 |
| Total | 4740 | 10 |



Property views across major sites

### Feedback Responses

| Activity Details | Showing Agent | Received | Available to Homeowner? |
|---|---|---|---|
| No feedback responses. | | | |

### Listing Activity Details

| Activity Type | Activity Date | Showing Agent | Notes | Feedback |
|---|---|---|---|---|
| Price Change | 04/15/2019 6:45 AM | | From $849,900 to $799,900 | |
| Past Agent Inquiry | 03/17/2019 12:00 AM | Parvin Rostami<br>L&F - Haverford<br>(610) 574-5278<br>parvin.rostami@longandfoster.com | | Feedback not requested for inquiries. |
| Status Change | 03/04/2019 1:11 AM | | From COMING SOON to ACTIVE | |
| New Listing | 02/28/2019 | | | |

# M Gmail

Greg Emmons <gbe119.ge@gmail.com>

## 1 Settlers
3 messages

**Ken Krauter** <kenkrauter@gmail.com>     Wed, May 1, 2019 at 6:46 AM
To: Greg Emmons <gbe119.ge@gmail.com>, Kathy Emmons <kemmons1230@gmail.com>

HI Greg & Kathy:

Unfortunately the Open House did not produce the desired results; there were no visitors to the event.

Reasons for the lack of attendance would be hard to pin down, and can be traced back to issues that have nothing to do with the house, but it does highlight our central problem that being the price is too high.

We're also not getting any showing requests which is another indicator that further adjustments are needed.

We have too options; make a significant move to spur activity (move the price to below $700k or test the market @ $750k for a short period? I believe, ultimately, our market value is in the $600k's but we can certainly get there in a slower pace. As we previously discussed this recommended adjustment will put us in short sale territory so we'll need to get prepared.

Please reach out to the court for permission to make the price change.

Thanks in advance for your time and consideration.

KK

Kenneth B Krauter: CRS, ABR, SFR, CDPE, CNE, e-Pro
Broker Associate / Team Leader / Notary Public
The Ken Krauter Team
Berkshire Hathaway Home Services Fox & Roach Realtors
904 Moore Drive
Spring House PA 19477

(O) 215-542-1770
(M) 215-450-0605
(F) 484-636-2516
(e) kenkrauter@gmail.com
http://www.foxroach.com/Agents/Kenneth_Krauter/
PA Associate Broker Lic. AB068218
NJ Sales Associate Lic. 0227378


I am a 2018
Leading Edge Society
Award Winner

## *Philadelphia Magazine 5-Star Realtor 2013-2018*

*Emails sent or received shall neither constitute acceptance of conducting transactions via electronic means nor create a binding contract until and unless a written contract is signed by the parties.*

*Reminder: email is neither secure nor confidential. BHHS Fox & Roach/Trident will never request that you send funds or nonpublic personal information (such as credit or debit card numbers or bank account and/or routing numbers) to us by email. If you receive a message concerning any transaction involving BHHS Fox & Roach/Trident, requesting that you send funds or provide nonpublic personal information by unsecured return email, do not respond to the message and immediately contact us. To notify the company of suspected email fraud, contact: fraudreport@foxroach.com.*

**Greg Emmons** <gbe119.ge@gmail.com>     Wed, May 1, 2019 at 7:37 AM