United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 18-14844-mdc
Gregory Emmons                                                            Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: Lisa            Page 1 of 2              Date Rcvd: Jul 16, 2019
                          Form ID: 309A         Total Noticed: 46

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 18, 2019.
```
db             +Gregory Emmons,    1 Settlers Drive,    Doylestown, PA 18901-2461
ust            +United States Trustee,    Office of the U.S. Trustee,    200 Chestnut Street,    Suite 502,
                 Philadelphia, PA 19106-2908
14174858       +AR Resources,    PO Box 1056,    Blue Bell, PA 19422-0287
14174862       +Advantage Aviator Red Mastercard-Barclay,    PO Box 13337,    Philadelphia, PA 19101-3337
14254263        AmeriGas,    1014 Forty Foot Road,    Kulpsville, PA 19443
14202618       +Bayview Loan Servicing, LLC,    c/o McCALLA RAYMER LEIBERT PIERCE, LLC B,
                 1544 Old Alabama Road,    Roswell, GA 30076-2102
14214729       +Bayview Loan Servicing, LLC,    c/o REBECCA ANN SOLARZ,ESQUIRE,    710 Market Street,
                 Suite 5000,    Philadelphia, PA 19106-2312
14174854        Bayview Loan Serving, LLC Bankruptcy Department,    PO Box 840,    Buffalo, NY 14240-0840
14174863       +Doylestown Cardiology,    PO Box 826345,    Philadelphia PA 19182-6345
14174906       +Doylestown Hospital,    Billing Department,    595 West State Street,    Doylestown PA 18901-2554
14174865       +First National Credit Card,    PO Box2496,    Omaha, NE 68103-2496
14174899       +First Savings Bank-Blaze Mastercard,    PO Box 2534,    Omaha, NE 68103-2534
14174898       +First Savings Bank-Credit Card,    POBox2509,    Omaha, NE 68103-2509
14174848       +IRS,    P.O. Box 7336,    Philadelphia, PA 19101-7336
14174861        James W. Almand, Esq,    6220 Coastal Highway, suite 200,    Ocean City, MD 21842
14174900       +Matossian Eye Associates,    2 Capital Way Suite 326,    Pennington, NJ 08534-2521
14174850        PNC Bank,    POBox94982,    Cleveland, OH 44101-4982
14220756        PNC Bank,National Association,    c/o Karina Velter, Esquire,    P.O. Box 165028,
                 Columbus, OH  43216-5028
14174902       +PayPal Credit,    PO Box 71202,    Charlotte, NC 28272-1202
14174852        Phelan Hallinan Diamond & Jones, LLP,    1617 JFK Blvd., Suite 1400,    One Penn Center Plaza,
                 ATTN: Christina M. Zern, Esq.,    Philadelphia, PA 19103-1823
14254264       +Republic Services,    731 Reliance Rd,    Telford, PA 18969-1165
14174856       +River Run Condominium Assoc,    12540 River run Lane #95,    Berlin, MD 21811-3800
14174903       +River Run Homeowners Association,    11605 Masters Lane,    Berlin, MD 21811-3217
14184524       +Toyota Credit de Puerto Rico,    PO Box 9013,    Addison, Texas 75001-9013
14184525       +Toyota Motor Credit Corporation,    PO Box 9013,    Addison, Texas 75001-9013
14209436       +Toyota Motor Credit Corporation,    c/o REBECCA ANN SOLARZ,ESQUIRE,    KML Law Group, P.C.,
                 710 Market Street,    Suite 5000,    Philadelphia, PA 19106-2312
14174855       +Worcester County Treasurer,    PO Box 64390,    Baltimore, MD 21264-4390
14174905       +Worcester County Water & Sewer Authority,    PO Box 349,    Snow Hill, MD 21863-0349

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
tr             +EDI: QRHHOLBER.COM Jul 17 2019 07:08:00      ROBERT H. HOLBER,    Robert H. Holber PC,
                 41 East Front Street,    Media, PA 19063-2911
smg             E-mail/Text: megan.harper@phila.gov Jul 17 2019 03:23:22      City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jul 17 2019 03:23:14      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
14174851       +E-mail/Text: bkmailbayview@bayviewloanservicing.com Jul 17 2019 03:23:14
                 Bayview Loan Servicing, LLC,    4425 Ponce de Leon Blvd.,    5th Floor,    Miami FL 33146-1837
14243259       +E-mail/Text: bkmailbayview@bayviewloanservicing.com Jul 17 2019 03:23:14
                 Bayview Loan Servicing, LLC,    4425 Ponce De Leon Blvd. 5th Floor,
                 Coral Gables, Florida 33146-1837
14174864       +EDI: WFNNB.COM Jul 17 2019 07:08:00      Comenity-Bon Ton,    PO Box 659813,
                 San Antonio, TX 78265-9113
14174866       +EDI: AMINFOFP.COM Jul 17 2019 07:08:00      First Premier Bank,    PO Box 5529,
                 Sioux Falls, SD 57117-5529
14196682        EDI: RESURGENT.COM Jul 17 2019 07:08:00      LVNV Funding, LLC its successors and assigns as,
                 assignee of MHC Receivables, LLC and,    FNBM, LLC,    Resurgent Capital Services,
                 PO Box 10587,    Greenville, SC 29603-0587
14194152        EDI: MERRICKBANK.COM Jul 17 2019 07:08:00      MERRICK BANK,    Resurgent Capital Services,
                 PO Box 10368,    Greenville, SC 29603-0368
14174901       +EDI: MERRICKBANK.COM Jul 17 2019 07:08:00      Merrick Bank,    PO Box 660702,
                 Dallas, TX 75266-0702
14174849        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jul 17 2019 03:22:58      PA Dept of Revenue,
                 ATTN: Bankruptcy Division,    PO Box 280946,    Harrisburg, PA 17128-0946
14192296       +EDI: CCS.COM Jul 17 2019 07:08:00      PNC BANK-CCS,    725 CANTON STREET,
                 NORWOOD, MA 02062-2679
14202399        EDI: PRA.COM Jul 17 2019 07:08:00      Portfolio Recovery Associates, LLC,    POB 41067,
                 Norfolk VA 23541
14173990        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jul 17 2019 03:22:59
                 Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
                 Harrisburg, PA  17128-0946
14206912       +E-mail/Text: bncmail@w-legal.com Jul 17 2019 03:23:08      SYNCHRONY BANK,
                 c/o Weinstein & Riley, PS,    2001 Western Ave., Ste 400,    Seattle, WA 98121-3132
14347994       +EDI: RMSC.COM Jul 17 2019 07:08:00      Synchrony Bank,    c/o of PRA Receivables Management, LLC,
                 PO Box 41021,    Norfolk, VA 23541-1021
14174904        EDI: TFSR.COM Jul 17 2019 07:08:00      Toyota Financial Services,    PO Box 5855,
                 Carol Stream, IL 60197
```

```
District/off: 0313-2          User: Lisa              Page 2 of 2             Date Rcvd: Jul 16, 2019
                              Form ID: 309A           Total Noticed: 46
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
14254265         EDI: VERIZONCOMB.COM Jul 17 2019 07:08:00      Verizon,    P.O. Box 15124,
                 Albany, NY 12212-5124
                                                                                          TOTAL: 18

                 ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
smg*             Pennsylvania Department of Revenue,    Bankruptcy Division,     P.O. Box 280946,
                 Harrisburg, PA 17128-0946
14214734*        +Bayview Loan Servicing, LLC,    c/o REBECCA ANN SOLARZ,ESQUIRE,      710 Market Street,
                 Suite 5000,    Philadelphia, PA 19106-2312
14202620*        +Bayview Loan Servicing, LLC,    c/o McCALLA RAYMER LEIBERT PIERCE, LLC B,
                 1544 Old Alabama Road,    Roswell, GA 30076-2102
14220757*         PNC Bank,National Association,    c/o Karina Velter, Esquire,    P.O. Box 165028,
                 Columbus, OH  43216-5028
                                                                                 TOTALS: 0, * 4, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 18, 2019                                  Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 16, 2019 at the address(es) listed below:
```
              KARINA   VELTER    on behalf of Creditor    PNC Bank, National Association amps@manleydeas.com
              REBECCA ANN SOLARZ    on behalf of Creditor    Toyota Motor Credit Corporation
               bkgroup@kmllawgroup.com
              REBECCA ANN SOLARZ    on behalf of Creditor    Bayview Loan Servicing, LLC bkgroup@kmllawgroup.com
              REBECCA ANN SOLARZ    on behalf of Creditor    Bayview Loan Servicing, LLC. bkgroup@kmllawgroup.com
              ROBERT H. HOLBER    trustee@holber.com,    rholber@ecf.axosfs.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
               philaecf@gmail.com
                                                                                           TOTAL: 7
```

| Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1 | **Gregory Emmons**<br>First Name   Middle Name   Last Name | Social Security number or ITIN | **xxx–xx–8067** |
| | | EIN | **23–2565968, 47–2550715** |
| Debtor 2<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN | _ _ _ _ |
| | | EIN | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **Eastern District of Pennsylvania** | Date case filed in chapter **13** | **7/23/18** |
| Case number: | **18–14844–mdc** | Date case converted to chapter **7** | **7/11/19** |

Official Form 309A (For Individuals or Joint Debtors)
## Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline    12/15
**\*\*Debtor's Photo ID & Social Security Card Must Be Presented at 341 Hearing\*\***

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at   www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | **About Debtor 1:** | **About Debtor 2:** |
|---|---|---|---|
| 1. | **Debtor's full name** | Gregory Emmons | |
| 2. | **All other names used in the last 8 years** | aka Greg B. Emmons, aka Gregory B. Emmons, dba Greg B Emmons & Associates PC, dba Circa Classics Distinctive Consignments, L | |
| 3. | **Address** | 1 Settlers Drive<br>Doylestown, PA 18901 | |
| 4. | **Debtor's attorney**<br>Name and address | Gregory Emmons<br>1 Settlers Drive<br>Doylestown, PA 18901 | Contact phone _____<br>Email:  NONE |
| 5. | **Bankruptcy trustee**<br>Name and address | ROBERT H. HOLBER<br>Robert H. Holber PC<br>41 East Front Street<br>Media, PA 19063 | Contact phone (610) 565–5463<br>Email:  trustee@holber.com |

**For more information, see page 2 >**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**        page **1**

| | | |
|---|---|---|
| **6. Bankruptcy clerk's office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. | 900 Market Street<br>Suite 400<br>Philadelphia, PA 19107 | Hours open:<br>Philadelphia Office –– 8:30 A.M. to 5:00 P.M Reading Office –– 8:00 A.M. to 4:30 P.M.<br><br>Contact phone (215)408–2800<br><br>Date: 7/16/19 |
| **7. Meeting of creditors**<br><br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **August 19, 2019 at 11:00 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br><br>**3 Municipal Way, Public Hall, Langhorne, PA 19047** |
| **8. Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | Insufficient information has been filed to date to permit the clerk to make any determination concerning the presumption of abuse. If more complete information, when filed, shows that the presumption has arisen, creditors will be notified. | |
| **9. Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 10/18/19** |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10. Proof of claim**<br><br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**                                                                      page **2**