## UNITED STATES BANKRUPTCY COURT, EASTERN DISCTICT
## CONVERSION OF CHAPTER 13 TO CHAPTER 7     18-14844 MDC

Gregory Emmons, pro se Debtor
1 Settlers Drive
Doylestown, PA 18901
267-454-0987

JUL 2 4 2019

### Certification of Entitlement to Convert to Chapter 7

The Debtor certifies to the Clerk of Court in response to the Notice RE: Presumption of Abuse further information necessary for approval of the Debtor's Notice of Conversion the following:

1. The Debtor has submitted all documents, forms and payments required for the filing of his Chapter 13 attempt for Plan Approval without success and the United States Office of the Trustee has objections pending under the Debtors current plan that the Debtor can not resolve in proceeding with his current proposed Plan of Reorganization.
2. The Debtor supports his Conversion under 11 U.S.C. 727 US Code having met all requirements for conversion following inability to obtain approval of a Chapter 13 plan despite diligence.
3. The Debtor has offered to the Creditor holding more than 70% of the claims against the Debtor' estate a Deed in Lieu to the primary residence and asset having 90% of the value of the estate
4. The Debtor satisfies the requirements for approval of conversion having not filed for a Chapter 7 since April 30, 2013, which filing resulted in a discharge order after Debtor complied with all requirements to obtain the discharge and post discharge.
5. The Debtor has submitted a copy of this Certification to the Bankruptcy Trustee assigned to his Chapter 7, being Robert H. Holber by first class mail on this date to him at 41 East Front Street, Media, PA 19063.
6. The Debtor has provided the Clerk's Office with copy of this Certification by first class mail on this date.
7. The Debtor attaches his updated Official Form 122A-1, Statement of Your Current Monthly Income, and incorporates all other schedules filed with this Court under his Chapter 13 filing.
8. The Debtor agrees to submit such other forms and filings as the Clerk, Trustee or Court may require.

So Certified,

*Gregory Emmons*

July 22, 2019

Gregory Emmons, Pro Se, Debtor