# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:                                :    Chapter 7
                                      :
GREGORY EMMONS                        :
                                      :
        Debtor.                       :
                                      :    Bankruptcy No. 18-14844 (MDC)
                                      :

## ORDER DENYING DISCHARGE

AND NOW, this _16th_ day of _October_, 2019, upon consideration of the United States Trustee's Motion for an Order Dismissing Case or Denying Discharge, and the debtor's response, if any, it is now, therefore,

ORDERED, that the Motion is GRANTED and the debtor's request for a discharge in this case is hereby DENIED.

_____
Honorable Magdeline D. Coleman
Chief United States Bankruptcy Judge