United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Gregory Emmons  
      Debtor

Case No. 18-14844-mdc  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0313-2   User: ChrissyW   Page 1 of 1   Date Rcvd: Oct 16, 2019  
                    Form ID: pdf900   Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 18, 2019.  
db      +Gregory Emmons,    1 Settlers Drive,    Doylestown, PA 18901-2461

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                  TOTAL: 0

       ***** BYPASSED RECIPIENTS *****  
NONE.                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 18, 2019                                                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 16, 2019 at the address(es) listed below:  
       JEROME B. BLANK    on behalf of Creditor    Bayview Loan Servicing, LLC paeb@fedphe.com  
       KARINA  VELTER    on behalf of Creditor    PNC Bank, National Association amps@manleydeas.com  
       KEVIN P. CALLAHAN    on behalf of U.S. Trustee    United States Trustee kevin.p.callahan@usdoj.gov  
       REBECCA ANN SOLARZ    on behalf of Creditor    Bayview Loan Servicing, LLC bkgroup@kmllawgroup.com  
       ROBERT H. HOLBER    trustee@holber.com,    rholber@ecf.axosfs.com  
       United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
       WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,  
        philaecf@gmail.com  
                                                                                                  TOTAL: 7

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:                                              :    Chapter 7
                                                    :
GREGORY EMMONS                                      :
                                                    :
Debtor.                                             :
                                                    :    Bankruptcy No. 18-14844 (MDC)
                                                    :

## ORDER DENYING DISCHARGE

AND NOW, this 16th day of October, 2019, upon consideration of the United States Trustee's Motion for an Order Dismissing Case or Denying Discharge, and the debtor's response, if any, it is now, therefore,

ORDERED, that the Motion is GRANTED and the debtor's request for a discharge in this case is hereby DENIED.

_____
Honorable Magdeline D. Coleman
Chief United States Bankruptcy Judge