**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | Chapter 7 |
| Gregory Emmons, | : | |
| Debtor. | : | Bankruptcy No. 18-14844-MDC |

# **O R D E R**

    **AND NOW**, it is hereby **ORDERED** that the Court's previously entered Order Denying Discharge dated October 16, 2019,[1] is hereby **VACATED**.

Dated: October 23, 2019

                                                          MAGDELINE D. COLEMAN
                                                          CHIEF U.S. BANKRUPTCY JUDGE

Gregory Emmons
1 Settlers Drive
Doylestown, PA 18901

Robert H. Holber, Esquire
Robert H. Holber PC
41 East Front Street
Media, PA 19063

United States Trustee
Custom House
200 Chestnut Street, Suite 502
Philadelphia, PA 19106-2912

---

[1] Bankr. Docket No. 101.