IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 7 |
| | : | |
| GREGORY EMMONS | : | |
| | : | |
| Debtor. | : | Bankruptcy No. 18-14844 (MDC) |
| | : | |

**ORDER DISMISSING CASE**

AND NOW, this  23rd  day of   October   , 2019, upon consideration of the United States Trustee's Motion to Dismiss, and the debtor's response, if any, it is now, therefore,

ORDERED, that the Motion to Dismiss is GRANTED and this case is hereby DISMISSED.

_____
Honorable Magdeline D. Coleman
Chief United States Bankruptcy Judge

Gregory Emmons
1 Settlers Drive
Doylestown, PA 18901

Robert H. Holber, Esquire
Robert H. Holber PC
41 East Front Street
Media, PA 19063

United States Trustee
Custom House
200 Chestnut Street, Suite 502
Philadelphia, PA 19106-2912