United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Gregory Emmons  
    Debtor

Case No. 18-14844-mdc  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0313-2       User: ChrissyW        Page 1 of 1        Date Rcvd: Oct 23, 2019
                     Form ID: pdf900      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 25, 2019.  
db             +Gregory Emmons,    1 Settlers Drive,    Doylestown, PA 18901-2461

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 25, 2019                                        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 23, 2019 at the address(es) listed below:  
      JEROME B. BLANK    on behalf of Creditor    Bayview Loan Servicing, LLC paeb@fedphe.com  
      JEROME B. BLANK    on behalf of Creditor    Bayview Loan Servicing, LLC. paeb@fedphe.com  
      KARINA  VELTER    on behalf of Creditor    PNC Bank, National Association amps@manleydeas.com  
      KEVIN P. CALLAHAN    on behalf of U.S. Trustee    United States Trustee kevin.p.callahan@usdoj.gov  
      REBECCA ANN SOLARZ    on behalf of Creditor    Toyota Motor Credit Corporation bkgroup@kmllawgroup.com  
      REBECCA ANN SOLARZ    on behalf of Creditor    Bayview Loan Servicing, LLC. bkgroup@kmllawgroup.com  
      REBECCA ANN SOLARZ    on behalf of Creditor    Bayview Loan Servicing, LLC bkgroup@kmllawgroup.com  
      ROBERT H. HOLBER    trustee@holber.com,   rholber@ecf.axosfs.com  
      United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
      WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com, philaecf@gmail.com

                                                                                                                                                                                  TOTAL: 10

**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | Chapter 7 |
| Gregory Emmons, | : | |
| Debtor. | : | Bankruptcy No. 18-14844-MDC |

# **O R D E R**

**AND NOW**, it is hereby **ORDERED** that the Court's previously entered Order Denying Discharge dated October 16, 2019,[1] is hereby **VACATED**.

Dated: October 23, 2019

*Magdeline D. Coleman*
MAGDELINE D. COLEMAN
CHIEF U.S. BANKRUPTCY JUDGE

Gregory Emmons
1 Settlers Drive
Doylestown, PA 18901

Robert H. Holber, Esquire
Robert H. Holber PC
41 East Front Street
Media, PA 19063

United States Trustee
Custom House
200 Chestnut Street, Suite 502
Philadelphia, PA 19106-2912

---

[1] Bankr. Docket No. 101.