```
                          United States Bankruptcy Court
                          Eastern District of Pennsylvania
In re:                                                                  Case No. 18-14844-mdc
Gregory Emmons                                                          Chapter 7
        Debtor
                                  CERTIFICATE OF NOTICE
District/off: 0313-2          User: ChrissyW              Page 1 of 2                  Date Rcvd: Oct 23, 2019
                              Form ID: pdf900             Total Noticed: 47


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 25, 2019.
db             +Gregory Emmons,    1 Settlers Drive,    Doylestown, PA 18901-2461
cr             +Bayview Loan Servicing, LLC,    c/o McCalla Raymer Leibert Pierce, LLC,    Bankruptcy Department,
                 1544 Old Alabama Road,    Roswell, GA 30076-2102
r              +Bershire, Fox,& Roach,    904 Moore Drive,    Spring House, PA 19477-1116
14174858       +AR Resources,    PO Box 1056,    Blue Bell, PA 19422-0287
14174862       +Advantage Aviator Red Mastercard-Barclay,    PO Box 13337,    Philadelphia, PA 19101-3337
14254263        AmeriGas,    1014 Forty Foot Road,    Kulpsville, PA 19443
14202618       +Bayview Loan Servicing, LLC,    c/o McCALLA RAYMER LEIBERT PIERCE, LLC B,
                 1544 Old Alabama Road,    Roswell, GA 30076-2102
14214729       +Bayview Loan Servicing, LLC,    c/o REBECCA ANN SOLARZ,ESQUIRE,    710 Market Street,
                 Suite 5000,    Philadelphia, PA 19106-2312
14174854        Bayview Loan Serving, LLC Bankrupcty Department,    PO Box 840,    Buffalo, NY 14240-0840
14174863       +Doylestown Cardiology,    PO Box 826345,    Philadelphia PA 19182-6345
14174906       +Doylestown Hospital,    Billing Department,    595 West State Street,    Doylestown PA 18901-2554
14174865       +First National Credit Card,    PO Box2496,    Omaha, NE 68103-2496
14174866       +First Premier Bank,    PO Box 5529,    Sioux Falls, SD 57117-5529
14174899       +First Savings Bank-Blaze Mastercard,    PO Box 2534,    Omaha, NE 68103-2534
14174898       +First Savings Bank-Credit Card,    POBox2509,    Omaha, NE 68103-2509
14174848       +IRS,    P.O. Box 7336,    Philadelphia, PA 19101-7336
14174861        James W. Almand, Esq,    6220 Coastal Highway, suite 200,    Ocean City, MD 21842
14174900       +Matossian Eye Associates,    2 Capital Way Suite 326,    Pennington, NJ 08534-2521
14174850        PNC Bank,    POBox94982,    Cleveland, OH 44101-4982
14220756        PNC Bank,National Association,    c/o Karina Velter, Esquire,    P.O. Box 165028,
                 Columbus, OH  43216-5028
14174852        Phelan Hallinan Diamond & Jones, LLP,    1617 JFK Blvd., Suite 1400,    One Penn Center Plaza,
                 ATTN: Christina M. Zern, Esq.,    Philadelphia, PA 19103-1823
14254264       +Republic Services,    731 Reliance Rd,    Telford, PA 18969-1165
14174856       +River Run Condominium Assoc,    12540 River run Lane #95,    Berlin, MD 21811-3800
14174903       +River Run Homeowners Association,    11605 Masters Lane,    Berlin, MD 21811-3217
14174904      ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
               (address filed with court: Toyota Financial Services,     PO Box 5855,    Carol Stream, IL 60197)
14184524       +Toyota Credit de Puerto Rico,    PO Box 9013,    Addison, Texas 75001-9013
14184525       +Toyota Motor Credit Corporation,    PO Box 9013,    Addison, Texas 75001-9013
14209436       +Toyota Motor Credit Corporation,    c/o REBECCA ANN SOLARZ,ESQUIRE,    KML Law Group, P.C.,
                 710 Market Street,    Suite 5000,    Philadelphia, PA 19106-2312
14174855       +Worcester County Treasurer,    PO Box 64390,    Baltimore, MD 21264-4390
14174905       +Worcester County Water & Sewer Authority,    PO Box 349,    Snow Hill, MD 21863-0349

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: megan.harper@phila.gov Oct 24 2019 02:59:35      City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Oct 24 2019 02:59:28      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
14174851       +E-mail/Text: bkmailbayview@bayviewloanservicing.com Oct 24 2019 02:59:28
                 Bayview Loan Servicing, LLC,    4425 Ponce de Leon Blvd.,    5th Floor,    Miami FL 33146-1837
14243259       +E-mail/Text: bkmailbayview@bayviewloanservicing.com Oct 24 2019 02:59:28
                 Bayview Loan Servicing, LLC,    4425 Ponce De Leon Blvd. 5th Floor,
                 Coral Gables, Florida 33146-1837
14174864       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Oct 24 2019 02:59:09      Comenity-Bon Ton,
                 PO Box 659813,    San Antonio, TX 78265-9113
14196682        E-mail/PDF: resurgentbknotifications@resurgent.com Oct 24 2019 03:00:04
                 LVNV Funding, LLC its successors and assigns as,    assignee of MHC Receivables, LLC and,
                 FNBM, LLC,    Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
14194152        E-mail/PDF: MerrickBKNotifications@Resurgent.com Oct 24 2019 03:00:03      MERRICK BANK,
                 Resurgent Capital Services,    PO Box 10368,    Greenville, SC 29603-0368
14174901       +E-mail/PDF: MerrickBKNotifications@Resurgent.com Oct 24 2019 02:59:52      Merrick Bank,
                 PO Box 660702,    Dallas, TX 75266-0702
14174849        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Oct 24 2019 02:59:19      PA Dept of Revenue,
                 ATTN: Bankruptcy Division,    PO Box 280946,    Harrisburg, PA 17128-0946
14192296       +E-mail/Text: bankruptcy_notifications@ccsusa.com Oct 24 2019 02:59:40      PNC BANK-CCS,
                 725 CANTON STREET,    NORWOOD, MA 02062-2679
14202399        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 24 2019 11:30:23
                 Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
14174902       +E-mail/PDF: gecsedi@recoverycorp.com Oct 24 2019 03:00:02      PayPal Credit,    PO Box 71202,
                 Charlotte, NC 28272-1202
14173990        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Oct 24 2019 02:59:19
                 Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
                 Harrisburg, PA  17128-0946
14206912       +E-mail/Text: bncmail@w-legal.com Oct 24 2019 02:59:24      SYNCHRONY BANK,
                 c/o Weinstein & Riley, PS,    2001 Western Ave., Ste 400,    Seattle, WA 98121-3132
14347994       +E-mail/PDF: gecsedi@recoverycorp.com Oct 24 2019 03:00:14      Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
```

```
District/off: 0313-2          User: ChrissyW              Page 2 of 2                  Date Rcvd: Oct 23, 2019
                              Form ID: pdf900             Total Noticed: 47
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
14348259       +E-mail/PDF: gecsedi@recoverycorp.com Oct 24 2019 03:00:02      Synchrony Bank,
                 c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14254265        E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Oct 24 2019 02:59:02
                 Verizon,    P.O. Box 15124,    Albany, NY 12212-5124
                                                                                              TOTAL: 17

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
smg*            Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA 17128-0946
cr*            +Synchrony Bank,    c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14214734*      +Bayview Loan Servicing, LLC,    c/o REBECCA ANN SOLARZ,ESQUIRE,     710 Market Street,
                 Suite 5000,    Philadelphia, PA 19106-2312
14202620*      +Bayview Loan Servicing, LLC,    c/o McCALLA RAYMER LEIBERT PIERCE, LLC B,
                 1544 Old Alabama Road,    Roswell, GA 30076-2102
14220757*       PNC Bank,National Association,    c/o Karina Velter, Esquire,    P.O. Box 165028,
                 Columbus, OH 43216-5028
14209438*      +Toyota Motor Credit Corporation,    c/o REBECCA ANN SOLARZ,ESQUIRE,     KML Law Group, P.C.,
                 710 Market Street,    Suite 5000,    Philadelphia, PA 19106-2312
                                                                                              TOTALS: 0, * 6, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 25, 2019                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 23, 2019 at the address(es) listed below:
```
              JEROME B. BLANK    on behalf of Creditor    Bayview Loan Servicing, LLC paeb@fedphe.com
              JEROME B. BLANK    on behalf of Creditor    Bayview Loan Servicing, LLC. paeb@fedphe.com
              KARINA VELTER    on behalf of Creditor    PNC Bank, National Association amps@manleydeas.com
              KEVIN P. CALLAHAN    on behalf of U.S. Trustee    United States Trustee kevin.p.callahan@usdoj.gov
              REBECCA ANN SOLARZ    on behalf of Creditor    Bayview Loan Servicing, LLC bkgroup@kmllawgroup.com
              REBECCA ANN SOLARZ    on behalf of Creditor    Toyota Motor Credit Corporation
               bkgroup@kmllawgroup.com
              REBECCA ANN SOLARZ    on behalf of Creditor    Bayview Loan Servicing, LLC. bkgroup@kmllawgroup.com
              ROBERT H. HOLBER    trustee@holber.com, rholber@ecf.axosfs.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
               philaecf@gmail.com
                                                                                              TOTAL: 10
```

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 7 |
| | : | |
| GREGORY EMMONS | : | |
| | : | |
| Debtor. | : | Bankruptcy No. 18-14844 (MDC) |
| | : | |

### ORDER DISMISSING CASE

AND NOW, this 23rd day of October, 2019, upon consideration of the United States Trustee's Motion to Dismiss, and the debtor's response, if any, it is now, therefore,

ORDERED, that the Motion to Dismiss is GRANTED and this case is hereby DISMISSED.

_____
Honorable Magdeline D. Coleman
Chief United States Bankruptcy Judge

Gregory Emmons
1 Settlers Drive
Doylestown, PA 18901

Robert H. Holber, Esquire
Robert H. Holber PC
41 East Front Street
Media, PA 19063

United States Trustee
Custom House
200 Chestnut Street, Suite 502
Philadelphia, PA 19106-2912